# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA BLAND,<br><br>          Plaintiff,<br><br>     v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA, *et al.*,<br><br>          Defendants. | Case No.  1:20-cv-00637-NONE-BAM<br><br>ORDER DIRECTING CLERK OF THE COURT TO ADMINISTRATIVELY REDESIGNATE CASE AS A PRISONER ACTION |

Plaintiff Joshua Bland ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this case.  The Clerk designated this action as a regular civil action.

The Court has reviewed the complaint and determined that the present action involves a prisoner litigating the conditions of his confinement.  Consequently, the administrative designation should reflect this, and this matter should proceed according to the rules governing actions involving a prisoner litigating the conditions of his confinement.  This includes Local Rule 230(l) on motions in prisoner actions.

Accordingly, it is HEREBY ORDERED as follows:

1. The Clerk of the Court SHALL change the administrative designation of the present case to reflect that of a prisoner litigating the conditions of his confinement; and

///

2. The Clerk of the Court SHALL designate the case number in this action as follows: Case No. 1:20-cv-00637-NONE-BAM (PC).

IT IS SO ORDERED.

Dated: **May 7, 2020**        /s/ *Barbara A. McAuliffe*
                              UNITED STATES MAGISTRATE JUDGE

2